UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN A. SPEAR,

    Petitioner,

v.                                     Case No. 8:21-cv-1502-WFJ-JSS

STATE OF FLORIDA,

    Respondent.
_____/

**O R D E R**

Before the Court is Mr. Spear's[1] Notice of Appeal (Doc. 1). To the extent he is attempting to appeal a decision from the Florida Second District Court of Appeal to this Court, federal courts do not act as appellate courts over state courts. *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482–86 (1983); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *Staley v. Ledbetter*, 837 F.2d 1016, 1017 (11th Cir.1988) ("The federal courts are not a forum for appealing state court decisions.").

Accordingly, this action is **DISMISSED**. The Clerk must close the case.

**ORDERED** in Tampa, Florida on June 28, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Steven A. Spear, *pro se*

---

1 According to the Florida Department of Corrections website, Mr. Spear was convicted of multiple counts of sexual battery, for which his is serving life in prison.